Joseph T. Walsh III, (Maritza Berdote Byrne, on the brief), McCusker, Anselmi, Rosen, Carvelli & Walsh, P.C., New York, NY, for Plaintiff–Appellee.

PRESENT: Hon. DENNIS JACOBS, Chief Judge, Hon. SONIA SOTOMAYOR, and Hon. RICHARD C. WESLEY, Circuit Judges.

**E&S REALTY of Rockland, LLC,**
Plaintiff–Appellant,

v.

**EXXON MOBIL CORPORATION,** formerly known as Exxon Corporation, formerly known as Mobil Corporation, Defendant–Third–Party Plaintiff–Appellee,

Dutchess Terminals, Inc., Edward and Herbert Kimelman, doing business as Kimy's Garage, Inc., and Sam's Towing & Automotive, Inc., Third–Party–Defendants,

*SUMMARY ORDER*

Affirmed.